ADDITIONAL INFORMATION OR COMMENTS:

AO-91 (Rev. 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

FEB - 8 2016

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Karina SANTANA-Sandoval
YOB: 1993
Mexican Citizen

**CRIMINAL COMPLAINT**

Case Number: M-16-0216-M

I, the undersigned complainant state that the following is true and correct to the best of my

Knowledge and belief. On or about __February 7, 2016,__ in __Hidalgo__ County, in
(Date)

the __Southern__ District of __Texas__ Defendant(s) did,

Knowingly and intentionally possess with intent to distribute approximately 3.28 kilograms of Methamphetamine, a Schedule II controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute approximately 3.28 kilograms of Methamphetamine, a Schedule II controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1), 846, and 952__ .

I further state that I am a(n) __Special Agent__ And that this complaint is based on the
Official Title

following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:  ☒ Yes   ☐ No

Approved by David A. Lindenmuth
2/8/16

Signature of Complainant

Steven Fuentes, Special Agent, HSI
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 8, 2016                    At    McAllen, Texas
Date                  8:55 am              City and State

U.S. Magistrate Judge, Peter Orsmby
Name and Title of Judicial Officer

Signature of Judicial Officer

Attachment "A"

On February 7, 2016, Karina SANTANA-Sandoval presented herself for entry into the United States (U.S.) from Mexico at the Hidalgo, Texas, Port of Entry (POE), via the pedestrian lanes. A Customs and Border Protection Agriculture Specialist (CBPAS) stated that SANTANA indicated she was traveling to McAllen, TX to go shopping. SANTANA also indicated to the CBPAS that she had previously traveled to San Antonio, TX. However, SANTANA was in possession of airline tickets indicating she had travel arrangements to Atlanta, GA. SANTANA was referred for further inspection to Custom and Border Protection Officers (CBPO).

A CBPO further questioned SANTANA regarding her previous travel. SANTANA claimed to have traveled to San Antonio, TX on February 4, 2016, to go shopping. However, she did not find anything to her liking. She then decided to travel to Atlanta, GA since she had never been there. SANTANA claimed to have left McAllen, TX the evening of the February 4, 2016, and arrived after 2 a.m. on February 5, 2016. SANTANA then claimed that she left San Antonio, TX at 6 a.m. on a flight to Atlanta, GA. The CBPO asked SANTANA how could she go shopping between 2 a.m. and 6 a.m. when all the stores were closed. SANTANA changed her story to state that she had heard Atlanta, GA had better clothing, so she decided to travel there. SANTANA was in possession of a Southwest Airline receipt from San Antonio, TX to Atlanta, GA for February 5, 2016, which was paid for with $389.98 in cash. SANTANA was also in possession of an electronic ticket from American Airlines for February 6, 2016, in the amount of $585.60.

SANTANA made a negative declaration to a CBPO. SANTANA claimed ownership of the luggage in her possession. SANTANA stated she packed the luggage herself and that everything in the luggage belonged to her.

A CBPAS inspected the luggage utilizing an X-ray machine. Anomalies were discovered in the suitcase.

Upon further inspection, a non-factory void was discovered between the outer shell and inner lining on one side of the luggage. After accessing the void, two packages wrapped in gray duct tape were discovered. The packages contained a white crystalline substance, which field tested positive for the properties of methamphetamine. A total of 3.28 kilograms of methamphetamine was removed.